FILED
U.S. DISTRICT COURT

2010 OCT -8 PM 2:51

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA BRUNSWICK DIVISION

| | | |
|---|---|---|
| WILLIAM D. SIMMONS AND<br>RUTH S.B. SIMMONS,<br><br>PLAINTIFFS,<br><br>v.<br><br>MACQUARIE MORTGAGE USA<br>INC. (1) AND<br>TRANSCONTINENTAL LENDING<br>GROUP INC. (2),<br><br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. CV210-148 |

## MOTION FOR APPROVAL TO VOLUNTARILY DISMISS DEFENDANT TRANSCONTINENTAL LENDING GROUP INC. (2)

COME NOW, the Plaintiffs, William D. Simmons and Ruth S.B. Simmons, move the Court for approval to voluntarily dismiss without prejudice Transcontinental Lending Group Inc. (2), and in support of said motion state as follows:

The effect of this dismissal on the Plaintiffs shall be minimal as the likelihood of recovery from the said Defendant is extremely remote. This dismissal should not affect the Plaintiffs' rights to recover on their claims against other remaining Defendant (1) or to pursue these same claims against Transcontinental Lending Group Inc. (2) in other forums.

WHEREFORE, Plaintiffs request approval to dismiss Transcontinental Lending Group Inc. (2) without prejudice from the above captioned matter, and for such other and further relief as the Honorable Court deems just.

Respectfully submitted,

_____
William D. Simmons
203 Sandpiper Rd
Brunswick, GA  31523
(912) 269-0118


_____
Ruth S.B. Simmons
203 Sandpiper Rd
Brunswick, GA  31523
(912) 269-0118


## CERTIFICATE OF SERVICE

IT IS HEREBY Certified that a copy of the foregoing Motion for Approval to Voluntarily Dismiss Defendant Transcontinental Lending Group Inc. (2) was served to their Florida Office by causing a true and correct copy to be deposited with USPS certified mail, proper postage affixed and addressed as follows:

Transcontinental Lending Group Inc.
401 Fairway Drive
Suite 100
Deerfield Beach, FL 33441

_____
William D. Simmons


_____
Ruth S.B. Simmons